[No. 24418-7-II.   Division Two.   December 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED LIONEL CASILLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-01152-5, Wm. Thomas McPhee, J., entered March 5, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Wood, J. Pro Tem.

[No. 25254-6-II.   Division Two.   December 8, 2000.]

DEBORAH K. KELLEY, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-2-00586-8, David E. Foscue, J., entered September 29, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ. Now published at 104 Wn. App. 328.

[No. 24711-9-II.   Division Two.   December 8, 2000.]

EDWARD L. DANZER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-00095-1, Wm. Thomas McPhee, J., entered April 30, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Houghton, J., and Williams, J. Pro Tem. Now published at 104 Wn. App. 307.

[No. 24689-9-II.   Division Two.   December 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS ELLIOTT HICKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00829-3, James E. Warme, J., entered May 13, 1999. *Affirmed* by unpublished opinion per Penoyar, J. Pro Tem., concurred in by Morgan and Bridgewater, JJ.